# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:** LOG

**Place of Offense:**
- City: Arlington, VA
- County: Arlington

Superseding Indictment: no
Same Defendant: [blank]
Magistrate Judge Case No.: [blank]
Search Warrant Case No.: [blank]

**Criminal No.:** 1:19-cr-109
**New Defendant:** yes
**Arraignment Date:** [blank]
**R. 20/R. 40 From:** [blank]

Related 1:17-CR-205 O'Grady

## Defendant Information:

- **Defendant Name:** Zaldy N. Sabino
- **Alias(es):** [blank]
- ☐ Juvenile   **FBI No.:** [blank]
- **Address:** xxxxxxx Washington, MD 20749
- **Employment:** [blank]
- **Birth Date:** xxxx1959
- **SSN:** xxxx3750
- **Sex:** Male
- **Race:** [blank]
- **Nationality:** [blank]
- **Place of Birth:** [blank]   **Height:** [blank]   **Weight:** [blank]   **Hair:** [blank]   **Eyes:** [blank]   **Scars/Tattoos:** [blank]
- ☐ Interpreter   **Language/Dialect:** [blank]
- **Auto Description:** [blank]

## Location/Status:

- **Arrest Date:** [blank]
- ☐ Already in Federal Custody as of: [blank]  in: [blank]
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** James Webster
- ☐ Court Appointed
- **Counsel Conflicts:** Sara Kropf, Kelly Kramer
- **Address:** [blank]
- ☒ Retained
- **Phone:** 202-326-7915
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Ed Sullivan/Jack Hanly
- **Phone:** 703-299-3700
- **Bar No.:** 23969

**Complainant Agency - Address & Phone No. or Person & Title:**
FBI, 703-686-6000

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 371 | Conspiracy | 1 | F |
| Set 2: | 18 U.S.C. 201 | Bribery | 2 | F |

**Date:** 4-1-19   **AUSA Signature:** [signed]

*may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):** [ ]

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. 1343 | Wire fraud | 3-14 | F |
| Set 4: | 18 U.S.C. 1001 | False Statements | 15-17 | F |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

[Print Form] [Reset Form]